```
IN THE UNITED STATES DISTRICT COURT
     MIDDLE DISTRICT OF GEORGIA
         COLUMBUS DIVISION
```

| | | |
|---|---|---|
| CHARLES JOSEPH, | * | |
| Petitioner, | * | |
| vs. | * | CASE NO. 4:08-CV-01 (CDL) |
| STEWART DETENTION CENTER, | * | |
| Respondent. | * | |
| | * | |

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on May 13, 2008 is hereby approved, adopted, and made the Order of the Court.

The objections of the Petitioner have also been thoroughly considered and are found to be without merit.

IT IS SO ORDERED, this 10th day of June, 2008.

S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE